Román D. Hernández, OSB No. 011730
rhernandez@cablehuston.com
Jared M. Ahern, OSB No. 221919
jahern@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, Oregon 97201
Tele: (503) 224-3092
Fax: (503) 224-3167

Kellie Mitchell Bubeck, KS No. 25449
*Pro Hac Vice Forthcoming*
BUBECK LAW LLC
5440 W 110th Street, Suite 300
Overland Park, Kansas 66211
Phone: (913) 340-7206
Email: kellie@bubecklaw.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | Case No. 6:26-cv-00666-AP |
| Plaintiff, | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| MEDICAL AIR SERVICES ASSOCIATES, INC., | |
| Defendant. | |

## LR 7-1 CERTIFICATION

Pursuant to L.R. 7-1, Defendant Medical Air Services Association, Inc. and Plaintiff Chet

Michael Wilson (the "Parties"), by and through their respective counsel, hereby jointly stipulate

to an extension of time for Defendant to respond to the Complaint filed in this case.

Page 1 –STIPULATED MOTION FOR EXTENSION OF TIME

## **MOTION**

The Parties, by and through counsel, respectfully move this Court pursuant to Fed. R. Civ. P. 6 for an extension of time with respect to the current deadline in this case.  The current deadline for a response to Plaintiff's Complaint is May 1, 2026.  Defendant requests this deadline be extended until June 1, 2026, as further provided in the declaration of counsel.

STIPULATED TO this 12th day of May, 2026.

CABLE HUSTON LLP

s/ Román D. Hernández
Román D. Hernández, OSB No. 011730
rhernandez@cablehuston.com
Jared M. Ahern, OSB No. 221919
jahern@cablehuston.com
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
(503) 224-3092 Telephone

Kellie Mitchell Bubeck, KS No. 25449
*Pro Hac Vice Forthcoming*
BUBECK LAW LLC
5440 W 110th Street, Suite 300
Overland Park, Kansas 66211
Phone: (913) 340-7206
Email: kellie@bubecklaw.com

*Attorneys for Defendant*

PERRONG LAW LLC

s/ Andrew R. Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
2657 Mount Carmel Avenue
Glenside, PA 19038
(215) 225-5529 Telephone

*Attorney for Plaintiff and the Proposed Class*