Román D. Hernández, OSB No. 011730
rhernandez@cablehuston.com
Jared M. Ahern, OSB No. 221919
jahern@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, Oregon 97201
Tele: (503) 224-3092
Fax: (503) 224-3167

Kellie M. Bubeck, *Pro Hac Vice Forthcoming*
kellie@bubecklaw.com
Liam Heusel, *Pro Hac Vice Forthcoming*
liam@bubecklaw.com
BUBECK LAW LLC
5440 W. 110th Street, Suite 300
Overland Park, KS 66211
Tele: (913) 340-7206
        *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDICAL AIR SERVICES ASSOCIATES, INC.,<br><br>    Defendant. | Case No. 6:26-cv-00666-AP<br><br>**NOTICE OF APPEARANCE**<br>(Román D. Hernández) |

Pursuant to LR 83-9, without waiving any objections to jurisdiction, venue, service of process, statement of claim, joinder, or otherwise, please take notice that Román D. Hernández of the law firm Cable Huston LLP appears in the above-captioned case as one of the attorneys of record for Defendant.  Please serve copies of all further pleadings, papers (except original process),

Page 1 – NOTICE OF APPEARANCE (Román D. Hernández)

future notices, and orders filed or served in this action on the undersigned at the address below stated.

Román D. Hernández, OSB No. 011730
rhernandez@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, OR  97201-3412
Tele: (503) 224-3092
Fax: (503) 224-3176

CABLE HUSTON LLP

s/ Román D. Hernández
Román D. Hernández, OSB No. 011730
rhernandez@cablehuston.com
Jared M. Ahern, OSB No. 221919
jahern@cablehuston.com
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
(503) 224-3092 Telephone

Kellie M. Bubeck, *Pro Hac Vice Forthcoming*
kellie@bubecklaw.com
Liam Heusel, *Pro Hac Vice Forthcoming*
liam@bubecklaw.com
BUBECK LAW LLC
5440 W. 110th Street, Suite 300
Overland Park, KS 66211
Tele: (913) 340-7206

*Attorneys for Defendant*

Page 2 – NOTICE OF APPEARANCE (Román D. Hernández)