Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
(215) 225-5529 Telephone

*Attorney for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL AIR SERVICES ASSOCIATES, INC.,<br><br>Defendant. | Case No. 6:26-cv-00666-AP<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Chet Michael Wilson and Defendant Medical Air Services Association, Inc., incorrectly sued as "Medical Air Services Associates, Inc.," by and through counsel, respectfully notify the Court pursuant to Fed. R. Civ. P. 41 and LR 41-1 that the Parties have reached a settlement in principle. The Parties are currently finalizing the written settlement agreement and anticipate filing dismissal papers within 30 days. Plaintiff respectfully requests that all pending deadlines and hearings be vacated.

Page 1 – NOTICE OF SETTLEMENT

Dated: May 28, 2026

CABLE HUSTON LLP


s/ Román D. Hernández
Román D. Hernández, OSB No. 011730
rhernandez@cablehuston.com
Jared M. Ahern, OSB No. 221919
jahern@cablehuston.com
1455 SW Broadway, Suite 1500
Portland, Oregon 97201-3412
Phone: (503) 224-3092


Kellie Mitchell Bubeck, MO No. 65573
kellie@bubecklaw.com
*Pro Hac Vice*
William H. Heusel, MO No. 78010
liam@bubecklaw.com
*Pro Hac Vice*
BUBECK LAW LLC
420 Nichols Road, 2nd Floor
Kansas City, Missouri 64112
Phone: (913) 340-7206


*Attorneys for Defendant*

Respectfully submitted,

PERRONG LAW LLC


s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: (215) 225-5529

*Attorney for Plaintiff and the Proposed Class*

Page 2 – NOTICE OF SETTLEMENT